1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113
4  Telephone:  (408) 535-1900
   Facsimile:  (408) 998-3131
5  Email:  cao.main@sanjoseca.gov

6  Attorneys for Defendants
   CITY OF SAN JOSE and GILBERT VIZZUSI,
7



8

9              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
10                  SAN JOSÉ FACILITY

11

12  JORGE ALBERT SANCHEZ,                     NO.:  C-04-1683 JW

13              Plaintiff,                    STIPULATION AND [PROPOSED]
                                             ORDER TO ALTER PRE-TRIAL
14       v.                                  DISCOVERY DATES
                                             L.R. 6-2
15  CITY OF SAN JOSE, et al.,

16              Defendants.

17

18       Counsel for the parties have met and conferred regarding certain dates set forth in

19  the Court's Scheduling Order, dated September 29, 2005.  In particular, Plaintiff's counsel

20  is considering filing a motion for summary judgment to be heard at the same time that

21  Defendants' motion will be heard.  In order to accomplish this, and in order to complete

22  the discovery that Plaintiff needs to prepare the motion, the parties wish to change the last

23  date for hearing dispositive motions.  Currently, that date is February 27, 2006.  The

24  parties wish to move that date to March 27, 2006.

25       This alteration **will not affect** the remainder of the schedule set by the court.  This

26  case is set for a Preliminary Pretrial and Trial Setting Conference on April 17, 2006, at

27  11:00 a.m.  No trial date is currently set.  Therefore, changing the hearing date on the

28

C-04-1683 JW                              1                              338536

1  summary judgment motions to March 27, 2006 will not interfere with the court's current

2  schedule

3      Accordingly, the parties hereby stipulate to the following alterations in the

4  Scheduling Order:

| Order/Activity: | Original Date: | New Date: |
|---|---|---|
| Dispositive Motion Cut-Off | Feb. 27, 2006 | March 27, 2006 |
| Close of Expert Discovery | Jan. 20, 2006 | 30 days prior to Trial |

12  SO STIPULATED:

14  DATED:      JANUARY _30_, 2006          LAW OFFICES OF MARC P. FAIRMAN

16                                          By: _____
                                                 MARC P. FAIRMAN

18                                          Attorneys for Plaintiff
                                            JORGE SANCHEZ

20  DATED:      JANUARY _31_, 2006          RICHARD DOYLE, City Attorney

22                                          By: _____
                                                 CLIFFORD S. GREENBERG
23                                               Senior Deputy City Attorney

24                                          Attorneys for Defendants
                                            CITY OF SAN JOSÉ and GILBERT VIZZUSI

C-04-1683 JW                            2                              338536