1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California  95113
4  Telephone:   (408) 535-1900
   Facsimile:    (408) 998-3131
5  Email:         cao.main@sanjoseca.gov

6  Attorneys for Defendants
   CITY OF SAN JOSÉ and GILBERT VIZZUSI,
7

*IT IS SO ORDERED*
*Judge James Ware*

8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSÉ FACILITY

11

12  JORGE ALBERT SANCHEZ,              NO.:  C-04-1683 JW

13              Plaintiff,              **STIPULATION AND [PROPOSED]
                                        ORDER TO ALTER MOTION HEARING
14      v.                              DATE**
                                        **L.R. 6-2**
15  CITY OF SAN JOSE, et al.,

16              Defendants.

17

18      Counsel for the parties have met and conferred regarding the last date for hearing

19  dispositive motions in this case.   Currently, that date is March 27, 2006, which was set as

20  a result of a recent Stipulation.  Unfortunately, Plaintiff's counsel has been ill for the last

21  several weeks and has been unable to work on the motion, which is currently scheduled to

22  be filed this Friday, February 17, 2006.  Plaintiff's counsel has asked to extend the hearing

23  date by two weeks.  Defense counsel has no objection.

24      This alteration **will not affect** the remainder of the schedule set by the court.  This

25  case is set for a Preliminary Pretrial and Trial Setting Conference on April 17, 2006, at

26  11:00 a.m.  No trial date is currently set.  Therefore, changing the hearing date on the

27  summary judgment motions to April 10, 2006 will not interfere with the court's current

28  schedule.

1   Accordingly, the parties hereby stipulate to the following alterations in the
2   Scheduling Order:

3   | **Order/Activity:** | **Current Date:** | **New Date:** |
    |---|---|---|
4   | Dispositive Motion Cut-Off | March 27, 2006 | April 10, 2006 |

5

6   SO STIPULATED:

7

8   DATED:     FEBRUARY 14, 2006           LAW OFFICES OF MARC P. FAIRMAN
9
                                           By: _____/s/ Marc P. Fairman_____
10                                                MARC P. FAIRMAN

11                                         Attorneys for Plaintiff
                                           JORGE SANCHEZ
12

13
    DATED:     FEBRUARY 14, 2006           RICHARD DOYLE, City Attorney
14

15                                         By: _____/s/ Clifford S. Greenberg___
                                                  CLIFFORD S. GREENBERG
16                                                Senior Deputy City Attorney

17                                         Attorneys for Defendants
                                           CITY OF SAN JOSÉ and GILBERT VIZZUSI
18

19                              **ORDER**

20   Based upon the agreement of the parties, and good cause appearing therefore, it is
21   ORDERED that the SCHEDULING ORDER for this case is modified as follows:

22   Deadline for Dispositive Motions,        April 10, 2006
     Last Day for Hearing:
23

24

25   IT IS SO ORDERED:

26   DATED:   March 3, 2006           _____
27                                    THE HONORABLE JAMES WARE
                                      UNITED STATES DISTRICT COURT
28

STIP & [PROPOSED] ORDER TO ALTER            2                               343491
MOTION HRG DATE - C-04-1683 JW