*IT IS SO ORDERED*
*Judge James Ware*

MARC P. FAIRMAN (No. 047758)
LAW OFFICES OF MARC P. FAIRMAN
  Professional Corporation
Two Embarcadero Center, 18th Floor
San Francisco, CA 94111
Phone: (415) 732-1704
Fax:    (415) 232-1705
Email:  mfairman@pacbell.net

Attorney for Plaintiff
JORGE ALBERT SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERT SANCHEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, a municipal corporation, GILBERT ("GIL") VIZZUSI, an Individual; and DOES 1-20.<br><br>        Defendants. | Case No.: C-04-1683 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON SUMMARY JUDGMENT MOTION AND REVISING PRETRIAL AND TRIAL SETTING SCHEDULING ORDER** |

  Pursuant to Civil Local Rules 6-1, 6-2 and 7, counsel for the parties have agreed, subject to order of the Court, to continue the hearing on defendants' motion for summary judgment for fourteen (14) days from April 10, 2006 to April 24, 2006 and extend the Preliminary Pretrial and Trial Setting Conference and other dates in the September 29, 2005 Scheduling Order by a corresponding period, as shown in the following table:

| ACTIVITY/EVENT | PREVIOUS DATE | REVISED DATE |
|---|---|---|
| Summary Judgment Hearing | April 10, 2006 | April 24, 2006 |
| Lodging of Preliminary Pretrial and Trial Setting Statement and Proposed Order | April 7, 2006 | April 21, 2006 |
| Preliminary Pretrial and Trial Setting Conference | April 17, 2006 | May 1, 2006 |
| Close of Expert Discovery | 30 days before trial | 30 days before trial |

No previous continuance of the Preliminary Pretrial and Trial Setting Conference has been requested.

The proposed two-week continuance of the hearing on the summary judgment motion is necessary to accommodate plaintiff's counsel's request for a two-week extension of the date that plaintiff's opposition is due and adhere to the schedule prescribed by Local Rule 7-2.  The corresponding continuance of the Preliminary Pretrial and Trial Setting Conference) ("PTC") preserves the current sequence and interval between the summary judgment hearing and the PTC. The reasons and basis for the requested changes are set forth in the following declaration.

## DECLARATION

I, Marc P. Fairman, being first duly sworn, declare as follows:

1.    I am counsel of record for plaintiff George Sanchez and submit this declaration in support of the stipulation for 14-day continuance of the hearing on defendants' motion for summary judgment and preliminary pretrial and trial setting conference.

2.    The September 29, 2005 Scheduling Order set the PTC for April 17, 2006 and February 27, 2006 as the last day for hearing case-dispositive motions. The deadline for the hearing of case-dispositive motions was changed to April 10, 2006 by prior stipulation and order.

3.    Defendants filed their summary judgment motion on March 6, 2006 and noticed the hearing for April 10, 2006, the 35-days minimum notice prescribed in Local Rule 7-2. Pursuant to Local Rule 7-3, plaintiff's opposition would have to be filed no later than March 20, giving him only 14-days to prepare a response to a motion consisting of a thirty-five page brief, two declarations and multiple exhibits.  Because of unforeseen scheduling conflicts and demands

in other cases, including two full days of jury service, the preparation and filing of a cert petition in the United States Supreme Court, an evidentiary hearing before the Public Utilities Commission and numerous other matters, I did not believe that I could prepare an adequate response to the motion within the allotted time and accordingly requested a two-week extension of the filing deadline, to which defense counsel agreed, subject to the Court's approval. The continuances are necessary to accommodate counsel's need for the extension of time to respond to the motion and allow the Court to hear it prior to the PTC.

   4.  Counsel do not believe that the continuances will unduly delay or interfere with the orderly progress of the case.

   I declare under penalty of perjury of the law of California that the foregoing is true and correct this 21th day of January 2005 in San Francisco, California.

                    /s /
                    Marc P. Fairman

SO STIPULATED:

| | |
|---|---|
| MARC P. FAIRMAN<br> LAW OFFICES OF MARC P. FAIRMAN<br> Professional Corporation | RICHARD DOYLE, City Attorney<br>NORA FRIMANN, Chief Trial Attorney<br>CLIFFORD GREENBERG, Senior Deputy<br> City Attorney<br>OFFICE OF THE CITY ATTORNEY |
| By _____/s/_____<br>  Marc P. Fairman<br> Attorneys for Plaintiff | By_____/s/_____<br>  Clifford Greenberg<br> Attorneys For Defendants |

Dated: March 21, 2006

SO ORDERED:

                   *James Ware*
                   United States District Judge

Dated:
 MARCH 23, 2006