MARC P. FAIRMAN (No. 047758)
LAW OFFICES OF MARC P. FAIRMAN
  Professional Corporation
Two Embarcadero Center, 18th Floor
San Francisco, CA 94111
Phone: (415) 732-1704
Fax:    (415) 232-1705
Email: mfairman@pacbell.net

Attorney for Plaintiff
JORGE ALBERT SANCHEZ

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERT SANCHEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF SAN JOSE, a municipal corporation, GILBERT ("GIL") VIZZUSI, an Individual; and DOES 1-20.<br><br>                    Defendants. | Case No.: C-04-1683 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON SUMMARY JUDGMENT MOTION AND REVISING PRETRIAL AND TRIAL SETTING SCHEDULING ORDER** |

   Pursuant to Civil Local Rules 6-1, 6-2 and 7, counsel for the parties have agreed, subject to order of the Court, to continue (1) the hearing on defendants' motion for summary judgment and (2) the Preliminary Pretrial and Trial Setting Conference for forty-one days, from April 24, 2006 to June 5, 2006 and May 1, 2006 to June 12, 2006, respectively. The revised schedule is shown in the following table:

| ACTIVITY/EVENT | PREVIOUS DATE | REVISED DATE |
|---|---|---|
| Summary Judgment Hearing | April 24, 2006 | June 5, 2006 9:00am |
| Lodging of Preliminary Pretrial and Trial Setting Statement and Proposed Order | April 21, 2006 | June 2, 2006 |
| Preliminary Pretrial and Trial Setting Conference | May 1, 2006 | June 12, 2006 11:00am |
| Close of Expert Discovery | 30 days before trial | 30 days before trial |

There has been one prior continuance of the Preliminary Pretrial and Trial Setting Conference for a total of fourteen days.

The reasons and basis for the requested changes are set forth in the following declaration.

## DECLARATION

I, Marc P. Fairman, being first duly sworn, declare as follows:

1. I am counsel of record for plaintiff George Sanchez and submit this declaration in support of the stipulation for 41-day continuance of the hearing on defendants' motion for summary judgment and preliminary pretrial and preliminary trial setting conference.

2. The present schedule was set pursuant to a previous stipulation and order entered on March 24, 2004. Under that schedule plaintiff's opposition to defendants' motion for summary judgment was due on April 3, 2006. As a result of delays caused by unanticipated developments in other matters, I could not complete the opposition papers within the allotted time frame and requested a brief extension of the filing deadline, which was agreeable to opposing counsel. We tried to adjust the briefing schedule without moving the dates for the summary judgment hearing and PTSC but were unable to do so because of preexisting scheduling conflicts in other matters. We agreed to the proposed schedule after clearing the dates with the Court's Calendar Clerk.

3. Counsel do not believe that the continuances will unduly delay or interfere with the orderly progress of the case.

I declare under penalty of perjury of the law of California that the foregoing is true and correct this 12th day of April 2005 in San Francisco, California.

                                                  /s /
                                             Marc P. Fairman

SO STIPULATED:

| MARC P. FAIRMAN<br>  LAW OFFICES OF MARC P. FAIRMAN<br>  Professional Corporation | RICHARD DOYLE, City Attorney<br>NORA FRIMANN, Chief Trial Attorney<br>CLIFFORD GREENBERG, Senior Deputy<br>  City Attorney<br>OFFICE OF THE CITY ATTORNEY |
|---|---|
| By _____/s/_____<br>    Marc P. Fairman<br>    Attorneys for Plaintiff | By_____/s/_____<br>    Clifford Greenberg<br>    Attorneys For Defendants |

Dated: April 12, 2006

SO ORDERED:

_____
United States District Judge

Dated: April 17, 2006

---