**United States District Court**
For the Northern District of California

1
2
3
4
5
6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN JOSE DIVISION

10   Jorge Albert Sanchez,                          NO. C 04-01683 JW

11                    Plaintiff,              **ORDER RESCHEDULING HEARING ON**
         v.                                   **DEFENDANT'S MOTION FOR**
12                                            **SUMMARY JUDGMENT AND/OR**
     City of San Jose, et al.,                **DISMISS AND PRELIMINARY**
13                                            **PRETRIAL CONFERENCE**

                     Defendants.
14   _____/

15          Please take note that on the Court's own motion, Defendant's Motion for Summary Judgment

16   and/or Dismiss presently scheduled for June 5, 2006 is rescheduled to **Friday, June 23, 2006 at 9**

17   **a.m.**  The Court also vacates the Preliminary Pretrial Conference currently scheduled for June 12,

18   2006.  The conference is now scheduled for **July 10, 2006 at 10 a.m.**

19

20   Dated:   May 15, 2006
                                              JAMES WARE
21                                            United States District Judge

22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aryn Paige Harris aryn_harris@cco.co.scl.ca.us
Clifford S. Greenberg cao.main@ci.sj.ca.us
Marc Peter Fairman Mfairman@pacbell.net


**Dated:   May 15, 2006**                              **Richard W. Wieking, Clerk**


                                                       **By:   /s/ JW Chambers**
                                                             **Melissa Peralta**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California