**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jorge Albert Sanchez, | NO. C 04-01683 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| City of San Jose, et al., | |
| Defendants. | |

Please take note that on the Court's own motion, the preliminary pretrial conference presently scheduled for September 11, 2006 is continued to **October 2, 2006 at 11 a.m.**

Dated: September 5, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aryn Paige Harris aryn_harris@cco.co.scl.ca.us
Clifford S. Greenberg cao.main@ci.sj.ca.us
Marc Peter Fairman Mfairman@pacbell.net

**Dated: September 5, 2006**          **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers
                                              Courtroom Deputy**